# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES STRICKER

VERSUS

THE GREATER NEW ORLEANS
EXPRESSWAY COMMISSION, AMY
JONES, TRISTAN THOMPSON,
CHRISTIAN COYLE, AND AIX
SPECIALTY INSURANCE COMPANY

NO.  2021 CW 0264

MAY 24, 2021

---

In Re:    The Greater New Orleans Expressway Commission, Tristan
          Thompson, and AIX Specialty Insurance Company,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 2020-13451.

---

BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.

   WRIT DENIED.

                              MRT
                              EW
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
         FOR THE COURT